■ Phyllis Tomei, Respondent-Appellant, v Pasquale Tomei, Appellant-Respondent. (Appeal No. 2.) [832 NYS2d 848]—Appeal and cross appeal from an order of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered February 22, 2006. The order granted plaintiff's motion to amend the qualified domestic relations order and denied defendant's cross motion to vacate that order.

■ Phyllis Tomei, Respondent, v Pasquale Tomei, Appellant. (Appeal No. 3.) [832 NYS2d 848]—Appeal, by permission of

the Appellate Division of the Supreme Court in the Fourth Judicial Department, from an amended order of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered March 3, 2006. The amended order adjudged that plaintiff is to receive, for a period of 64 months, an additional monthly sum from defendant's future monthly pension benefits.

It is hereby ordered that the amended order so appealed from be and the same hereby is unanimously reversed on the law without costs.

Same memorandum as in *Tomei v Tomei* (39 AD3d 1149 [2007]). Present—Hurlbutt, J.P., Martoche, Smith, Fahey and Green, JJ.